STATE OF NORTH CAROLINA v. DERRICK ALLEN; IN RE ANDREW CURLISS

No. 88PA98

(Filed 23 July 1999)

On writ of certiorari pursuant to N.C.G.S. § 7A-32(b) to review an order entered in open court by Hudson, J., on 6 March 1998 in Superior Court, Durham County. Heard in the Supreme Court 29 May 1998.

*Everett, Gaskins, Hancock & Stevens, L.L.P., by Hugh Stevens and C. Amanda Martin, for petitioner-appellant Andrew Curliss.*

*Michael F. Easley, Attorney General, by Norma S. Harrell, Special Deputy Attorney General, for respondent-appellee State.*

*Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P., by Mark J. Prak, on behalf of The Associated Press; North Carolina Association of Broadcasters, Inc.; and North Carolina Press Association, Inc., amici curiae.*

**IN RE OWENS**

[350 N.C. 656 (1999)]

PER CURIAM.

WRIT OF CERTIORARI IMPROVIDENTLY ALLOWED.

Justices MARTIN and WAINWRIGHT did not participate in the consideration or decision of this case.